UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAVIN SIMMONS, | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) No. 4:05CV511(SNL) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

### ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that movant's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 [Doc. #1] is **DISMISSED,** without prejudice, as time barred.

**IT IS FURTHER ORDERED** that if petitioner appeals from the dismissal of his § 2255 motion, then a certificate of appealability shall not issue.

Dated this   27th    day of June, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE